ELIZABETH KAMEN, Appellant, v. SAMUEL E. KAMEN, Respondent.— In an action for a separation, plaintiff appeals from six orders entered after the entry of the final judgment herein as follows: Appeal A is from an order denying plaintiff's motion to increase the alimony awarded in the judgment of separation, and to compel the defendant to pay camp expenses for the two children of the marriage for the summer of 1953. Appeal B is from an order denying plaintiff's motion for expenses and counsel fees on the appeal from the aforesaid order. Appeal C is from an order denying plaintiff's motion to open the hearing before the official referee which resulted in the order from which Appeal A is taken. Appeal D is from an order granting a reargument of the motion upon which the order involved in Appeal C was entered, and adhering to the original determination. Appeal E is from an order denying without prejudice plaintiff's motion for counsel fees and printing expenses on appeal from the orders involved in Appeals C and D. Appeal F is from an order denying without prejudice plaintiff's motion to compel the defendant to pay camp expenses for the two children of the marriage for the summer of 1954, and for counsel fee for services rendered on the application. On appeals A, B, D, E and F, orders affirmed, without costs. No opinion. Appeal C dismissed, without costs. The order is not appealable. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

■

NICHOLAS D. MASELLI, Appellant, v. ABRAHAM L. SUCHMAN et al., Respondents.— Appeal by plaintiff from an order, on defendants' motion under subdivision 4 of rule 107 and subdivision 4 of rule 106 of the Rules of Civil Practice, which dismisses the first cause of action in the complaint, seeking a declaration of a constructive trust on real property and other relief. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

▄▄▄▄▄▄▄▄▄▄

## (December 13, 1954.)

■

GOVERNMENT EMPLOYEES FINANCE & INDUSTRIAL LOAN CORPORATION, Appellant, v. MIMI VANDERHORST, Respondent.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See *ante,* p. 904.]

■

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB JAY LEVINE for Modification of an Order of Disbarment and for Reinstatement.— Application granted, petitioner reinstated and his name ordered to be restored to the roll of attorneys. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

In the Matter of the Application of HARRY R. WARREN, Formerly Known as HARRY R. WANSKER, also Known as HARRY WANSKER, for Admission to Practice as an Attorney. (From the State of Florida — also Admitted in Illinois.) — Motion to renew application for reconsideration of application for admission to practice as an attorney and counselor at law denied. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See 279 App. Div. 745.]